**Order entered December 12, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00197-CV

### IN THE INTEREST OF V.I.P.M., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-02616**

## ORDER

Before the Court are appellant's December 11, 2019 motion for clarification regarding this Court's August 29, 2019 order and emergency motion to compel the trial court to set child support in accordance with the guidelines stipulated in the Texas Family Code. We **DENY** the motions.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE